UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**EUROPEAN CELLARS, LLC**

      Plaintiff,

    -vs-                    Case No. 16-C-189

**L'EFT BANK WINE COMPANY LIMITED,**

      Defendant.

## DECISION AND ORDER

This action for a declaratory judgment attempts to invoke the Court's diversity jurisdiction. The plaintiff, European Cellars, LLC, alleges that it is a North Carolina limited liability company with its principal place of business in Charlotte. However, the citizenship of an LLC for purposes of the diversity jurisdiction is the citizenship of its members. *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998). Accordingly, within **thirty (30) days** of the date of this Order, the plaintiff must file an amended complaint that alleges the citizenship of each of its members.

Dated at Milwaukee, Wisconsin, this 23rd day of February, 2016.

                                              **SO ORDERED:**

                                              **HON. RUDOLPH T. RANDA**
                                              **U.S. District Judge**